ACCEPTED
12-14-00027-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
4/20/2015 3:57:22 PM
CATHY LUSK
CLERK

COPY

# Barry L. Spencer, Jr.
### Attorney at Law
107 E. Tyler Street
Athens, TX 75751
Phone: 903-675-8005
FAX: 903-675-8006

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/20/2015 3:57:22 PM

CATHY S. LUSK
Clerk

April 2, 2015

Mr. William Grant Dorsett
1431 CR 1032
Greenville, TX 75401

Re: State of Texas v. William Grant Dorsett, No 12-14-00027, Appeal

Dear Mr. Dorsett:

I regret to inform you that the Court of Appeals has affirmed the Judgment of the Trial Court in your case. Please find enclosed a copy of the Opinion and the Judgment from the Court of Appeals affirming your conviction in the above-referenced case. You can continue your appeal by filing a pro se Petition for Discretionary Review ("PDR") pursuant to Rule 68 of the Texas Rules of Appellate Procedure no later than 30 days after the day the court of appeals' judgment was rendered, which was March 31, 2015.

However, should you choose to continue your appeal, I will not be able to continue to represent you. Unfortunately, Texas law does not provide you a court appointed lawyer to file a PDR. In other words, you must retain your own attorney or represent yourself should you wish to continue this appeal. If a PDR, or a request for an extension, is not filed within 30 days of March 31, 2015, your conviction will become final. Should you have any questions please feel free to contact me.

Respectfully,

Barry L. Spencer, Jr.
Attorney at Law

BLS/sme

Enclosures (Judgment)
(Court of Appeals Opinion)

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

GREENVILLE, TX 75401

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.70 |
| Certified Fee | | $3.30 |
| Return Receipt Fee (Endorsement Required) | | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.70 |

ATHENS 0751X 75751
APR 02 2015 USPS

7014 2120 0003 3577 3456

Sent To
Mr. William Dorsett
Street & Apt. No.,
or PO Box No. 1931 CR 1032
City, State, ZIP+4 Greenville, TX 75401

PS Form 3800, July 2014 — See Reverse for Instructions